In the Matter of the Probate of the Will of JOHN A. DOBROGOWSKI, Deceased. JOHN W. DOBROGOWSKI, Appellant; ANNA DOBROGOWSKI et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies a motion to examine witnesses before trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

SALEM FRIJEY, Respondent, v. SAMUEL SAPOWITCH, as Administrator of the Estate of DAVID COHN, Deceased, Appellant.— Order insofar as it denies defendant's motion for a further bill of particulars affirmed, and order insofar as it denies defendant's motion for an examination before trial and for a stay of trial, reversed on the law and facts, and motion granted, the examination before trial to be had before Hon. SAMUEL J. HARRIS, Official Referee, on ten days' notice, and stay of trial granted pending the examination before trial, without costs of this appeal to either party. All concur. (The order denies defendant's motion for a bill of particulars, an examination before trial, and a stay of trial, in an action to recover damages for an alleged breach of contract.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of JOSEPH SCAROLA, Appellant, against JOHN FOSTER, as Warden of Auburn Prison, et al., Respondents.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 272 App. Div. 1035.]

GRACE LOTITO, Appellant, v. SAMUEL KYRIACUS et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 272 App. Div. 635.]

In the Matter of ROMAN J. LAURENCE, Petitioner, against JOHN A. GAFFNEY, as Superintendent of New York State Troopers, Division of State Police, Respondent.— Order entered November 12, 1947 (272 App. Div. 609), amended *nunc pro tunc* by directing the respondent to pay over to the petitioner the sum of $2,694, being the amount computed by Hon. SAMUEL J. HARRIS, Official Referee, to be owing the petitioner by the State. All concur. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

JAMES F. VAN VOOREN, Appellant, v. GEORGE COOK et al., Respondents, et al., Defendants.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante,* p. 88.]

In the Matter of CLAUDE A. LINDQUIST, Petitioner, against RUDOLPH H. SWANSON, as Chief of the Fire Department of the City of Jamestown, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante,* p. 802.]

ARTHUR J. JONES, as Administrator of the Estate of JAMES A. JONES, Deceased, Appellant, v. EDWARD ROBERT RIGNEY, JR., Respondent.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante,* p. 803.]

DANIEL A. McKEEVER, Respondent, v. WILLIAM F. SCHWERIN et al., Defendants, and CARL J. HYNES, Appellant.— Motion for leave to appeal to the Court of Appeals from the order entered December 31, 1947 (*ante,* p. 804), insofar as it affirmed the order denying the motion of defendant-appellant Carl J. Hynes for a new trial on the ground of newly discovered evidence, denied, with $10 costs. Present — Taylor, P. J., McCurn, Love and Vaughan, JJ.